**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CRIMINAL ACTION NO. 15-42-DLB-CJS-3**

**UNITED STATES OF AMERICA**                 **PLAINTIFF**

**V.**    **ORDER ADOPTING REPORT AND RECOMMENDATION**

**KEVIN R. MITCHELL**                    **DEFENDANT**

\* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*

This matter is before the Court upon the May 5, 2017 Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith, wherein she recommends that the Court revoke Defendant Kevin Mitchell's supervised release. (Doc. # 81). During the Final Revocation Hearing (Doc. # 80) conducted by Judge Smith on May 3, 2017, Defendant stipulated to violating the terms of his supervised release, as set forth in the April 26, 2017 Amended Violation Report (Sealed Doc. # 79).

Defendant having executed a waiver of his right to allocution (Doc. # 78), and both parties having waived the time for filing objections to the R&R (Doc. # 80), this matter is now ripe for the Court's consideration. The Court having reviewed the R&R, and concluding that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. # 81) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of his supervised release;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is sentenced to the **CUSTODY** of the Attorney General for a **term of imprisonment of 6 months**, with credit for time served since his April 24, 2017 detention, with a **2-year term of supervised release** to follow on the same terms and conditions previously imposed. In addition, immediately upon Defendant's release, he is to be placed in a residential treatment program as directed by the Probation Office;

(5) The Court recommends that the Bureau of Prisons place Defendant at the federal correctional facility located in Ashland, Kentucky, for service of the sentence imposed; and

(6) A Judgment shall be entered concurrently herewith.

This 11th day of May, 2017.



Signed By:
*David L. Bunning*  DB
United States District Judge

K:\DATA\ORDERS\Covington Criminal\2015\15-42 order adopting R&R re SRV.wpd